MADELINE H. HUBBARD v. BOARD OF EDUCATION OF THE
TOWNSHIP OF MANSFIELD, WARREN COUNTY.

July 21, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY BRUNO.

July 21, 1980.

Petition for certification denied.

IN THE MATTER OF THE APPLICATION OF THE BOARD OF
EDUCATION OF UPPER FREEHOLD REGIONAL SCHOOL
DISTRICT, MONMOUTH COUNTY.

July 21, 1980.

Petition for certification granted.

NEW JERSEY ASSOCIATION FOR CHILDREN WITH LEARNING
DISABILITIES v. BURLINGTON COUNTY ASSOCIATION FOR
CHILDREN WITH LEARNING DISABILITIES.

July 21, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 149)